March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

             -v-

David Harville       ,

                 Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 __mag__ 6220 (__UA__) __ ( )

Defendant **David Harville** _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X** Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**David Harville**
_____
Print Defendant's Name

Martin Cohen

Digitally signed by Martin Cohen
DN: cn=Martin Cohen, o=Federal Defenders
of NY, ou=Assistant Federal Defender,
email=martin_cohen@fd.org, c=US
Date: 2020.06.15 14:47:30 -04'00'

_____
Defense Counsel's Signature

**Martin Cohen**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/15/2020
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge